IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

PETER WHITFIELD (HI 08749)
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
TEL: (202) 305-0430
FAX: (202) 305-0267
e-mail: peter.whitfield@usdoj.gov

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, California 94105
TEL: (415) 744–6491
FAX: (415) 744-6476
e-mail: david.glazer@usdoj.gov

ADAM J. KATZ (D.C. 502776)
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
TEL: (202) 514-2689
FAX: (202) 514-8865
e-mail: adam.katz@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, KLAMATH FOREST ALLIANCE, THE WILDERNESS SOCIETY, and WILDLANDS CPR,<br><br>    Plaintiffs,<br><br>    v.<br><br>PATRICIA A. GRANTHAM, Klamath National Forest Supervisor; and UNITED STATES FOREST SERVICE,<br><br>    Defendants. | No. 2:11-cv-00439-MCE-JFM<br><br>PLAINTIFFS AND FEDERAL DEFENDANTS' STIPULATION AND ORDER SETTING DATE FOR RESPONSE TO COMPLAINT, BRIEFING SCHEDULE, AND PAGE LIMITS<br><br>Date: N/A<br>Time: N/A<br>Courtroom No. 7<br>Hon. Morrison C. England, Jr. |

*Klamath-Siskiyou Wildlands Ctr., et al. v. Grantham, et al.*, No. 2:11-cv-00439-MCE-JFM
Stipulation and Proposed Order Setting Date for Response to Complaint, Briefing Schedule and Page Limits

Federal Defendants Patricia A. Grantham and the U.S. Forest Service and Plaintiffs Klamath-Siskiyou Wildlands Center, Environmental Protection Information Center, Klamath Forest Alliance, The Wilderness Society, and Wildlands CPR (the "Parties") hereby stipulate, subject to Court approval pursuant to Civil L.R. 144, that dates for the Federal Defendants' response to the Complaint in this case and for briefing cross-motions for summary judgment, together with page limits governing briefing on those motions, be set as provided below.[1]

In support of this Stipulation, the parties represent as follows:

1. Plaintiffs filed their Complaint on February 16, 2011, and served it on February 18, 2011.

2. The Federal Defendants' response to the Complaint is currently due on April 19, 2011.

3. The Parties have conferred and have agreed upon the following, subject to Court approval:

| Date | Action |
| --- | --- |
| May 17, 2011: | Federal Defendants will respond to the Complaint. |
| July 29, 2011: | Federal Defendants will file the Administrative Record. |
| August 31, 2011: | Plaintiffs will file a motion to address any issues concerning the Administrative Record that the Parties have not been able to resolve informally. |
| September 16, 2011: | Plaintiffs will file their opening summary judgment papers. |
| October 14, 2011: | Federal Defendants will file their combined responsive papers and cross-motion. |
| November 7, 2011: | Plaintiffs will file their reply memorandum. |
| December 5, 2011: | Federal Defendants will file their reply memorandum. |

Page limits will be 30 pages for the Plaintiffs' opening memorandum and for the Federal Defendants' memorandum in support of their response and cross-motion, and 20 pages for Plaintiffs' and the Federal Defendants' reply memoranda.

---

[1] In accordance with Paragraph 4 of the Court's February 17, 2011 Order Requiring Joint Status Report [Dkt. #5], the Parties will be filing a Joint Status Report providing the information about this case required by the Court's Order.

SO STIPULATED:

DATED:  April 8, 2011                              FOR THE PLAINTIFFS

/s/ *Susan Jane M. Brown*
(as authorized on April 1, 2011)
SUSAN JANE M. BROWN
Western Environmental Law Center
4107 N.E. Couch Street
Portland, Oregon  97232
Tel:   (503)-914-1323
Fax:  (541) 485-2475
E-mail:  brown@westernlaw.org

DATED:  April 8, 2011                              FOR THE FEDERAL DEFENDANTS

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

By: /s/ *Adam J. Katz*
ADAM J. KATZ
Environmental Defense Section
PETER WHITFIELD
DAVID B. GLAZER
Natural Resources Section

*Klamath-Siskiyou Wildlands Ctr., et al. v. Grantham, et al.*, No. 2:11-cv-00439-MCE-JFM
Stipulation and Proposed Order Setting Date for Response to Complaint, Briefing Schedule and Page Limits          2

## ORDER

In consideration of the foregoing Stipulation, good cause having been shown, it is hereby ORDERED that the Stipulation is APPROVED. It is further ORDERED that the following dates and requirements are set:

| | |
|---|---|
| May 17, 2011: | Federal Defendants will respond to the Complaint. |
| July 29, 2011: | Federal Defendants will file the Administrative Record. |
| August 31, 2011: | Plaintiffs will file a motion to address any issues concerning the Administrative Record that the Parties have not been able to resolve informally. |
| September 16, 2011: | Plaintiffs will file their opening summary judgment papers. |
| October 14, 2011: | Federal Defendants will file their combined responsive papers and cross-motion. |
| November 7, 2011: | Plaintiffs will file their reply memorandum. |
| December 5, 2011: | Federal Defendants will file their reply memorandum. |

Page limits will be 30 pages for the Plaintiffs' opening memorandum and for the Federal Defendants' memorandum in support of their response and cross-motion, and 20 pages for Plaintiffs' and the Federal Defendants' reply memoranda.

SO ORDERED.

**Date: April 8, 2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE