IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
PETER WHITFIELD
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C.  20044-0663
TEL:   (202) 305-0430
FAX:   (202) 305-0267
e-mail: peter.whitfield@usdoj.gov
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
e-mail: david.glazer@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, KLAMATH FOREST ALLIANCE, THE WILDERNESS SOCIETY, and WILDLANDS CPR, | No. 2:11-cv-00439-MCE -JFM |
| Plaintiffs, | PLAINTIFFS AND DEFENDANTS' STIPULATION AND ORDER REVISING BRIEFING SCHEDULE AND CONTINUING MOTIONS HEARING |
| v. | |
| PATRICIA A. GRANTHAM, Klamath National Forest Supervisor; and UNITED STATES FOREST SERVICE, | Date:   December 15, 2011 [CURRENT DATE]          January 12, 2012 [PROPOSED DATE] |
| Defendants. | Time:   2:00 p.m. |
| | Courtroom No. 7 |
| | Hon. Morrison C. England, Jr. |

Defendants Patricia A. Grantham and the U.S. Forest Service and Plaintiffs Klamath-Siskiyou Wildlands Center, Environmental Protection Information Center, Klamath Forest Alliance, The Wilderness Society, and Wildlands CPR (the "Parties") hereby stipulate, subject to Court approval pursuant to Civil L.R. 144, to a revision of the current briefing schedule and continuation of the hearing date for the Parties' cross-motions for summary judgment.  In support of this Stipulation, counsel for the Defendants represents that co-counsel has unexpectedly been called away from the office due to a death in the family.  In addition, other co-counsel has a trial in the Central District of California that is scheduled to begin on December 6, 2011, and will likely continue through the hearing date on the Parties' cross-motions, currently set for December 15, 2011.

Accordingly, subject to Court approval, the Parties hereby stipulate to the following:

1.     The current briefing schedule shall be adjusted as follows:

|  | Current Dates | Proposed Dates |
|---|---|---|
| Defendants' Opening Brief | October 14, 2011 | October 21, 2011 |
| Plaintiffs' Opposition/Reply | November 7, 2011 | November 25, 2011 |
| Defendants' Reply | December 5, 2011 | December 30, 2011 |

2.     The hearing on the Parties' cross-motions shall be continued to January 12, 2012, at 2:00 p.m., or to such other date and time as the Court determines.

3.     Other than a 28-day extension of time to answer the Complaint, Stipulation and Order of April 7, 2011 [Dkt. #10], no other requests for extension have been sought in this case.


SO STIPULATED:

                                        FOR THE PLAINTIFFS

DATED:  October 17, 2011                /s/*Susan Jane M. Brown*
                                        (as authorized on Oct. 11, 2011)
                                        SUSAN JANE M. BROWN
                                        Western Environmental Law Center
                                        4107 N.E. Couch Street
                                        Portland, Oregon  97232
                                        Tel:  (503)-914-1323
                                        Fax: (541) 485-2475
                                        E-mail:  brown@westernlaw.org

1   DATED:  October 17, 2011                FOR THE DEFENDANTS

2                                           IGNACIA S. MORENO
                                            Assistant Attorney General
3                                           Environment & Natural Resources Division

4                                           /s/*David B. Glazer*
                                            DAVID B. GLAZER
5                                           Natural Resources Section
                                            Environment & Natural Resources Division
6                                           United States Department of Justice
                                            301 Howard Street, Suite 1050
7                                           San Francisco, California
                                            Tel:  (415) 744-6491
8                                           Fax: (415) 744-6476
                                            E-mail:  David.Glazer@usdoj.gov
9
                                            PETER WHITFIELD
10                                          Natural Resources Section
                                            Environment & Natural Resources Division
11                                          United States Department of Justice
                                            P.O. Box 663
12                                          Washington, D.C.  20044-0663
                                            TEL:   (202) 305-0430
13                                          FAX:   (202) 305-0267
                                            E-mail:  Peter.Whitfield@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Klamath-Siskiyou Wildlands Ctr., et al. v. Grantham, et al.*, No. 2:11-cv-00439-MCE-JFM
Stipulation and Order Revising Briefing Schedule and Continuing Motions Hearing                     2

1

ORDER

2        In consideration of the foregoing Stipulation, good cause having been shown, it is hereby

3  ORDERED that the Stipulation is APPROVED.  It is further ORDERED that the following dates and

4  requirements are set concerning the Parties' Cross-Motions for Summary Judgment:

5        October 21, 2011:    Defendants will file their combined responsive papers and cross-

6                                     motion.

7        November 25, 2011:  Plaintiffs will file their reply memorandum.

8        December 30, 2011:  Defendants will file their reply memorandum.

9        January 12, 2012:    Motions Hearing.

10

11

12

13

14        IT IS SO ORDERED.

15  Dated:  October 17, 2011

16

17                          MORRISON C. ENGLAND, JR

18                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

  I, David B. Glazer, hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 17, 2011      /s/*<u>David B. Glazer</u>*
             David B. Glazer