1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment & Natural Resources Division
   United States Department of Justice
3  PETER WHITFIELD
   Natural Resources Section
4  Environment & Natural Resources Division
   United States Department of Justice
5  P.O. Box 663
   Washington, D.C.  20044-0663
6  TEL:   (202) 305-0430
   FAX:   (202) 305-0267
7  e-mail: peter.whitfield@usdoj.gov
   DAVID B. GLAZER (D.C. 400966)
8  Natural Resources Section
   Environment & Natural Resources Division
9  United States Department of Justice
   301 Howard Street, Suite 1050
10 San Francisco, California  94105
   TEL:   (415) 744–6491
11 FAX:   (415) 744-6476
   e-mail: david.glazer@usdoj.gov
12
   Attorneys for Defendants
13

14
                    UNITED STATES DISTRICT COURT
15
            FOR THE EASTERN DISTRICT OF CALIFORNIA
16
                       SACRAMENTO DIVISION
17

18 | KLAMATH-SISKIYOU WILDLANDS                | No. 2:11-cv-00439-MCE -JFM
   | CENTER, ENVIRONMENTAL PROTECTION          |
19 | INFORMATION CENTER, KLAMATH               | PLAINTIFFS AND DEFENDANTS'
   | FOREST ALLIANCE, THE WILDERNESS           | STIPULATION AND ORDER REVISING
20 | SOCIETY, and WILDLANDS CPR,               | BRIEFING SCHEDULE AND CONTINUING
   |                                           | MOTIONS HEARING
21 |        Plaintiffs,                        |

22 |        v.                                 |

23 | PATRICIA A. GRANTHAM, Klamath National    | Date:   December 15, 2011 [CURRENT DATE]
   | Forest Supervisor; and UNITED STATES      |         January 12, 2012 [PROPOSED DATE]
24 | FOREST SERVICE,                           |
   |                                           | Time:  2:00 p.m.
25 |        Defendants.                        |
   |                                           | Courtroom No. 7
26
   |                                           | Hon. Morrison C. England, Jr.
27

28 *Klamath-Siskiyou Wildlands Ctr., et al. v. Grantham, et al.*, No. 2:11-cv-00439-MCE-JFM
   Stipulation and Order Revising Briefing Schedule and Continuing Motions Hearing

1   Defendants Patricia A. Grantham and the U.S. Forest Service and Plaintiffs Klamath-Siskiyou

2   Wildlands Center, Environmental Protection Information Center, Klamath Forest Alliance, The

3   Wilderness Society, and Wildlands CPR (the "Parties") hereby stipulate, subject to Court approval

4   pursuant to Civil L.R. 144, to a revision of the current briefing schedule and continuation of the hearing

5   date for the Parties' cross-motions for summary judgment.  In support of this Stipulation, counsel for the

6   Defendants represents that co-counsel has unexpectedly been called away from the office due to a death

7   in the family.  In addition, other co-counsel has a trial in the Central District of California that is

8   scheduled to begin on December 6, 2011, and will likely continue through the hearing date on the

9   Parties' cross-motions, currently set for December 15, 2011.

10       Accordingly, subject to Court approval, the Parties hereby stipulate to the following:

11       1.    The current briefing schedule shall be adjusted as follows:

|  | Current Dates | Proposed Dates |
| --- | --- | --- |
| Defendants' Opening Brief | October 14, 2011 | October 21, 2011 |
| Plaintiffs' Opposition/Reply | November 7, 2011 | November 25, 2011 |
| Defendants' Reply | December 5, 2011 | December 30, 2011 |

16       2.    The hearing on the Parties' cross-motions shall be continued to January 12, 2012, at 2:00

17   p.m., or to such other date and time as the Court determines.

18       3.    Other than a 28-day extension of time to answer the Complaint, Stipulation and Order of

19   April 7, 2011 [Dkt. #10], no other requests for extension have been sought in this case.

20

21   SO STIPULATED:

22       FOR THE PLAINTIFFS

23   DATED:  October 17, 2011    /s/*Susan Jane M. Brown*
(as authorized on Oct. 11, 2011)

24   SUSAN JANE M. BROWN
Western Environmental Law Center

25   4107 N.E. Couch Street
Portland, Oregon  97232

26   Tel:  (503)-914-1323
Fax:  (541) 485-2475

27   E-mail:  brown@westernlaw.org

28   *Klamath-Siskiyou Wildlands Ctr., et al. v. Grantham, et al.*, No. 2:11-cv-00439-MCE-JFM
Stipulation and Order Revising Briefing Schedule and Continuing Motions Hearing    1

1   DATED:  October 17, 2011              FOR THE DEFENDANTS

2                                         IGNACIA S. MORENO
                                          Assistant Attorney General
3                                         Environment & Natural Resources Division

4                                         /s/*David B. Glazer*
                                          DAVID B. GLAZER
5                                         Natural Resources Section
                                          Environment & Natural Resources Division
6                                         United States Department of Justice
                                          301 Howard Street, Suite 1050
7                                         San Francisco, California
                                          Tel:   (415) 744-6491
8                                         Fax:  (415) 744-6476
                                          E-mail:  David.Glazer@usdoj.gov
9
                                          PETER WHITFIELD
10                                        Natural Resources Section
                                          Environment & Natural Resources Division
11                                        United States Department of Justice
                                          P.O. Box 663
12                                        Washington, D.C.  20044-0663
                                          TEL:   (202) 305-0430
13                                        FAX:   (202) 305-0267
                                          E-mail:  Peter.Whitfield@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Klamath-Siskiyou Wildlands Ctr., et al. v. Grantham, et al.*, No. 2:11-cv-00439-MCE-JFM
Stipulation and Order Revising Briefing Schedule and Continuing Motions Hearing          2

ORDER

In consideration of the foregoing Stipulation, good cause having been shown, it is hereby ORDERED that the Stipulation is APPROVED.  It is further ORDERED that the following dates and requirements are set concerning the Parties' Cross-Motions for Summary Judgment:

October 21, 2011:    Defendants will file their combined responsive papers and cross-motion.

November 25, 2011:  Plaintiffs will file their reply memorandum.

December 30, 2011:  Defendants will file their reply memorandum.

January 12, 2012:    Motions Hearing.

IT IS SO ORDERED.

Dated:  October 17, 2011

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Klamath-Siskiyou Wildlands Ctr., et al. v. Grantham, et al.*, No. 2:11-cv-00439-MCE-JFM
Stipulation and Order Revising Briefing Schedule and Continuing Motions Hearing                 3

1

CERTIFICATE OF SERVICE

2          I, David B. Glazer, hereby certify that I have caused the foregoing to be served upon counsel of

3   record through the Court's electronic service system.

4

5

6

7          I declare under penalty of perjury that the foregoing is true and correct.

8

9

10  Dated:  October 17, 2011                          /s/*David B. Glazer*
                                                          David B. Glazer
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  *Klamath-Siskiyou Wildlands Ctr., et al. v. Grantham, et al.*, No. 2:11-cv-00439-MCE-JFM
    Stipulation and Order Revising Briefing Schedule and Continuing Motions Hearing          4